| UNITED STATES DISTRICT COURT | EASTERN DISTRICT OF TEXAS |

| | |
|---|---|
| AKHTAR HOUSING GROUP, LLC, JEFF S. AKHTAR, and GURINDA AKHTAR,  Plaintiffs, versus  GLENN JOHNSON, THE MAYOR OF PORT NECHES, and THE CITY OF PORT NECHES, TEXAS,  Defendants. | § § § § § § § § § § § § § § | CIVIL ACTION NO. 1:18-CV-321 |

## ORDER

Plaintiffs Akhtar Housing Group, LLC, Jeff S. Akhtar, and Gurinda Akhtar's ("the Akhtars") Motion for Leave to File a First Amended Petition (#5) is GRANTED. The agreed-upon Scheduling Order (#13) provides that the parties may freely amend their pleadings, without leave of court, until February 4, 2019.

In light of the Amended Complaint (#7), Defendants' Motion to Dismiss (#3) is denied as moot, without prejudice to refile.

IT IS SO ORDERED.

SIGNED at Beaumont, Texas, this 15th day of November, 2018.

_____
MARCIA A. CRONE
UNITED STATES DISTRICT JUDGE