IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TEXAS
BEAUMONT DIVISION

| | | |
|---|---|---|
| AKHTAR HOUSING GROUP, LLC, JEFF S. AKHTAR, AND GURINDA AKHTAR<br>*Plaintiffs*<br><br>VS.<br><br>GLENN JOHNSON THE MAYOR OF PORT NECHES, AND THE CITY OF PORT NECHES, TEXAS,<br>*Defendants* | § § § § § § § § § § § § | Civil Action No. 1:18-CV-00321-MAC |

RESPONSE TO PLAINTIFFS' AMENDED
MOTION TO COMPEL MEDIATION (Doc. 49) of
DEFENDANTS CITY OF PORT NECHES, TEXAS AND GLENN JOHNSON

TO THE HONORABLE JUDGE OF SAID COURT:

COMES NOW the CITY OF PORT NECHES, TEXAS (hereinafter referred to as "Defendant(s)" or the "City") and GLENN JOHNSON (hereinafter referred to as "Defendant(s)" or "Johnson"), both Defendants sued in the above-referenced and numbered action, and file this their Response to Plaintiffs' Amended Motion to Compel Mediation (Doc. 49), and in support thereof, would respectfully show unto this Honorable Court as follows:

I.

Defendants are opposed to being forced to pay a mediator with whom they have no familiarity at some unknown rate to travel from Austin to Beaumont to mediate the case with the prospect of those charges somehow being apportioned at a later date. Defendants are, however, still agreeable to mediating this matter before Magistrate Keith Giblin, whom we believe is well qualified to handle the mediation of this matter and has extensive experience with discrimination claims, and discrimination is the basis of this claim.

**WHEREFORE, PREMISES CONSIDERED,** Defendants, CITY OF PORT NECHES, TEXAS and GLENN JOHNSON, respectfully pray that this Honorable Court deny Plaintiffs' Amended Motion to Compel Mediation before Ira Thomas King, and instead order mediation before Magistrate Judge Keith Giblin.

Respectfully submitted,

CALVERT EAVES CLARKE & STELLY, L.L.P.
2615 Calder Avenue, Suite 1070
Beaumont, Texas 77702
Tel: (409) 832-8885
Fax: (409) 832-8886

By: /s/ Frank D. Calvert
Frank D. Calvert
Texas State Bar No.: 03667700
fcalvert@calvert-eaves.com
F. Blair Clarke
Texas State Bar No.: 04316560
fbclarke@calvert-eaves.com.

and

Lance P. Bradley
Texas State Bar No.: 02826650
lbradley@bradlaw.net
Glenn H. Steele, Jr.
Texas State Bar No.: 19099800
psteele@bradlaw.net
BRADLEY, STEELE & PIERCE, LLP
3120 Central Mall Drive
Port Arthur, Texas 77642
Tel: 409-724-6644
Fax: 409-724-7585

**ATTORNEYS FOR DEFENDANTS,
CITY OF PORT NECHES, TEXAS
and GLENN JOHNSON**

## CERTIFICATE OF SERVICE

I hereby certify that a true and correct copy of the foregoing has been served upon all known counsel of record in accordance with the Federal Rules of Civil Procedure on this the 8th day of October, 2019.

_____
Frank D. Calvert