

IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TEXAS

| | | |
|---|---|---|
| AKHTAR HOUSING GROUP, LLC., *et al* | § § § | |
| *Plaintiff(s)*, | § § | |
| VS | § § | CIVIL ACTION NO:1:18cv321 |
| GLENN JOHNSON, *et al*, | § § § | |
| *Defendant.* | § | |

**MEDIATOR'S REPORT**

In accordance with the Court's order, a mediation conference was held on, November 19, 2019. The conference resulted in settlement. All parties and counsel were present.

SIGNED this 20th day of November 2019.

_____
KEITH F. GIBLIN
UNITED STATES MAGISTRATE JUDGE